IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA     *
                             *
v.                           *     CR 122-045
                             *
APRIL JONES                  *

ORDER

Before the Court in the captioned case is Defendant April Jones's request to terminate her term of probation. Defendant began her three-year term of probation in the District of South Carolina in March 2022. Jurisdiction was transferred to this district in November of 2022. Defendant's supervising probation officer reports that she has been fully compliant with the term of her probation, has paid her financial obligations in full, and has completed community service; thus, he supports early termination of probation. The Government does not oppose early termination.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** the motion for early termination of probation (doc. no. 4). April Jones is hereby discharged from probation. The Clerk is directed to send a copy of this Order to Mr. Travis Gauthreaux of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2024.

UNITED STATES DISTRICT JUDGE